IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL CHASE                                                                                      PLAINTIFF

VS.                                      CIV. ACTION NO. 3:14cv581-HTW-LRA

IVAN DIETRICH AND
NORCO CORPORATION                                                DEFENDANTS

### ORDER ALLOWING EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

THIS CAUSE having come before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss [Document # 57], and the Court, finds that Plaintiff shall be allowed an Extension of Time to Respond to Defendants' Motion to Dismiss, and therefore disposes of the herein-referenced docketed motion as follows:

1.      Plaintiff's Deadline to Respond to Defendants' Motion to Dismiss: May 29, 2015

SO ORDERED AND ADJUDGED, this the _19th_ day of _May_, 2015.

_____Henry T. Wingate_____
HENRY T. WINGATE
DISTRICT JUDGE, SOUTHERN DISTRICT OF MISSISSIPPI

AGREED TO BY:


/s/ Don H. Evans
DON H. EVANS, ESQ
DON EVANS, PLLC
500 East Capitol Street, Suite 2
Jackson, Mississippi 39201


/s/ Stuart Robinson, with permission
STUART ROBINSON, ESQ.
LEO CARMODY, ESQ.
TREY DILLINGER, ESQ.
WELLS MARBLE & HURST